Griffin POTTS v. STATE.

7 Div. 394.

Supreme Court of Alabama.
June 18, 1936.

Rehearing Denied July 16, 1936.

Motley & Motley, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Griffin Potts for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Potts v. State, 169 So. 324.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.